Submitted on record and briefs February 26, sentence vacated in part and remanded for resentencing; otherwise affirmed March 31, 1993

STATE OF OREGON,
*Respondent,*

*v.*

JOSE FRANCISCO SALAS,
*Appellant.*

(86C-20278, 91C-20535;
CA A74491 (Control), A74492)
(Cases Consolidated)

848 P2d 149

Sally L. Avera, Public Defender, and David C. Degner, Deputy Public Defender, Salem, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Warren and Edmonds, Judges.

PER CURIAM

## PER CURIAM

These two cases were consolidated for appeal. Defendant challenges only the sentence imposed on his conviction for burglary in the first degree, ORS 164.225, in CA A74492. The state concedes that the court erred by sentencing defendant under ORS 137.635, rather than under the sentencing guidelines. We accept that concession. *State v. Haydon*, 116 Or App 347, 842 P2d 410 (1992).

Sentence for burglary in the first degree in CA A74492 vacated and remanded for resentencing; otherwise affirmed.